This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                   **NO. A-1-CA-36551**

**DAMIAN ARENAS,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Karen L. Townsend, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM
Steven J. Forsberg, Assistant Appellate Defender
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Defendant appeals from his conviction for felony DWI, entered pursuant to a

conditional plea, wherein he reserved the right to appeal the district court's denial of his motion to dismiss on speedy trial grounds. This Court issued a calendar notice proposing to affirm relying, in part, on *State v. Hill*, 2005-NMCA-143, ¶ 12, 138 N.M. 693, 125 P.2d 1175. Defendant has filed a memorandum in opposition requesting that this Court revisit our holding in *Hill*. However, given that our holding in *Hill* was premised on binding New Mexico Supreme Court precedent, we decline to revisit that holding. As a result, we conclude that Defendant has not demonstrated a speedy trial violation. Accordingly, we affirm.

**IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**JULIE J. VARGAS, Judge**


_____
**STEPHEN G. FRENCH, Judge**